NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL C. DONOVAN,                         )
                                            )
          Appellant,                        )
                                            )
v.                                          )        Case No. 2D18-822
                                            )
STATE OF FLORIDA,                           )
                                            )
          Appellee.                         )
                                            )
_____)

MICHAEL C. DONOVAN,                         )
                                            )
          Appellant,                        )
                                            )
v.                                          )        Case No. 2D18-1557
                                            )        CONSOLIDATED
DEPARTMENT OF CHILDREN AND                  )
          FAMILIES,                         )
                                            )
          Appellee.                         )
                                            )
_____)

Opinion filed October 23, 2019.

Appeal from the Circuit Court for DeSoto
County; Kimberly Bonner, Judge.

Michael C. Donovan,
Pro se.

Ashley Moody, Attorney General
Kiersten E. Jensen, Assistant Attorney
General, Tampa, For Appellee.

PER CURIAM.

          Affirmed.

NORTHCUTT, LUCAS, and BADALAMENTI, JJ., Concur.